No. 81–1243. FIRST NATIONAL BANK OF ALABAMA-HUNTSVILLE, FORMERLY HENDERSON NATIONAL BANK *v.* HAILE ET AL. C. A. 6th Cir. Certiorari denied. 

No. 81–1245. MARCHESE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 81–1246. BENSLIMANE *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 81–1261. SMITH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 81–1265. EDEN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 81–1269. AVEDISIAN *v.* HUBBARD ET AL. C. A. 4th Cir. Certiorari denied. 

No. 81–1285. FARACE *v.* NEW YORK; and
No. 81–1292. GRANATO *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied. Reported below: 81 App. Div. 2d 643, 440 N. Y. S. 2d 557.

No. 81–1289. SUTHERLAND *v.* UNITED STATES; and
No. 81–1337. WALKER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 656 F. 2d 1181.

No. 81–1293. GOLDSTEIN, SECRETARY, NEW MEXICO HEALTH AND ENVIRONMENT DEPARTMENT *v.* NUNEZ ET AL. C. A. 10th Cir. Certiorari denied.

No. 81–1305. MAGUIRE *v.* UNITED STATES; and
No. 81–6092. HALEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 661 F. 2d 943.

No. 81–1322. PALAMONE *v.* UNITED STATES; and GERRY ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. Reported below: 673 F. 2d 1301 (first case); 673 F. 2d 1299 (second case).